RECEIVED

JAN 0 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN DELANO DANIEL | CIVIL ACTION NO. 12-cv-2171 |
| VERSUS | JUDGE WALTER |
| CITY OF MINDEN, ET AL | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 29) is granted in part by dismissing Plaintiff's (1) Section 1983 claims against the City of Minden and the three officers in their official capacities, (2) Section 1983 claim based on alleged unlawful entry of the premises, and (3) Section 1983 excessive force claim based on the allegation that his handcuffs were applied too tightly. It is further ordered that the motion is denied in all other respects. All defendants will remain as parties to the action.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 7th day of January, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE